SUSAN MOUNT, as Administratrix with the Will Annexed of MARIA B. MOUNT, Deceased, Respondent, *v.* DANIEL S. TUTTLE, Bishop of Missouri, et al., Respondents, and DANIEL S. TUTTLE as Senior Bishop of the Protestant Episcopal Church, et al., Appellants.

(Submitted February 26, 1906; decided March 27, 1906.)

Motion for re-argument denied, with ten dollars costs. (See 183 N. Y. 358.)

---

CHRISTOPHER F. TAUTPHOEUS, Respondent, *v.* HARBOR AND SUBURBAN BUILDING AND SAVINGS ASSOCIATION, Appellant.

Reported below, 104 App. Div. 451.
(Submitted March 19, 1906; decided March 27, 1906.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 18, 1905, reversing a judgment in favor of plaintiff, entered upon a decision of the court at a Trial Term without a jury and granting a new trial.

The motion was made upon the grounds that the judgment of reversal being unanimous was not appealable as of right to the Court of Appeals; that permission to appeal had not been granted; that questions of fact were involved which were not determined by the decision of the trial court, and that no exceptions on behalf of the appellant appear in the record.

*Alexander S. Bacon* for motion.

*Hector M. Hitchings* opposed.

Motion denied, with ten dollars costs.